UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

vs.

STANLEY BURKHARDT,

    Respondent.
_____/

Civil Action No. 5:07-HC-2125

HON. BERNARD A. FRIEDMAN

## JUDGMENT

On December 9, 2011, the court issued a bench ruling in this matter with findings of fact and conclusions of law. In accordance therewith, and for the reasons stated on the record,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for petitioner and against respondent.

IT IS FURTHER ORDERED AND ADJUDGED that respondent is hereby committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4248.

DENNIS IAVARONE
CLERK OF COURT

By _____
    Deputy Clerk

Approved: _____
BERNARD A. FRIEDMAN
SENIOR U.S. DISTRICT JUDGE
SITTING BY SPECIAL DESIGNATION