# UNITED STATES DISTRICT COURT
## Eastern District of North Carolina

**UNITED STATES OF AMERICA**

v.                    **WARRANT FOR ARREST**

**STANLEY CARL BURKHARDT**

                                       **CASE NO. 5:07-HC-2125-D**

**To: The United States Marshal and any Authorized United States Office**

**YOU ARE HEREBY COMMANDED to arrest STANELY CARL BURKHARDT**

and bring him or her forthwith in compliance with order

     X   Order Of Court

CHARGING HIM OR HER WITH (Brief description of offense):

       FAILURE TO COMPLY WITH THE CONDITIONS OF HIS CONDITIONAL RELEASE

In violation of Title  18  United States Codes, Section(s)  4248(f)

| | |
|---|---|
| **PETER A. MOORE, JR.** | **Clerk of Court** |
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* | **August 1, 2019 - Raleigh, NC** |
| Signature of Issuing Officer / Deputy Clerk | Date and Location |

**RECOMMENDED: DETENTION**

## RETURN

This warrant was received and executed with the arrest of the above named defendant at:

| | |
|---|---|
| Date Received | |
| Date of Arrest | Name and Title of Arresting Officer (signature) |