IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-HC-02125-D

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| STANLEY BURKHARDT, | ) |
| | ) |
| Respondent. | ) |

ORDER

This matter comes before the court on the government's motion seeking to unseal the court's August 1, 2019 Order sealing documents filed by the government in connection with the revocation of the respondent's conditional release. The court has reviewed the motion. For good cause having been shown, the government's motion is GRANTED. The Clerk of Court is directed to unseal, (1) the Motion for Revocation of Conditional Release Pursuant to 18 U.S.C. § 4248(f) and to Expedite and attached exhibit, (2) the proposed Order and the amended Order revoking Respondent's supervised release, (3) the sealed bench warrant for arrest, (4) the Motion to Seal, (5) the supporting Memorandum in Support of the Motion to Seal, and (6) the court's Order sealing the Motion to Seal.

1

IT IS SO ORDERED, this the __1__ day of August, 2019.

                                           JAMES C. DEVER III
                                           United States District Court Judge