AO 442 (REV. 12/85 Warrant for Arrest)

# UNITED STATES DISTRICT COURT
## Eastern District of North Carolina

UNITED STATES OF AMERICA

v.

STANLEY CARL BURKHARDT

WARRANT FOR ARREST

CASE NO. 5:07-HC-2125-D

To: The United States Marshal and any Authorized United States Office

YOU ARE HEREBY COMMANDED to arrest STANELY CARL BURKHARDT

and bring him or her forthwith in compliance with order

__X__ Order Of Court

CHARGING HIM OR HER WITH (Brief description of offense):

FAILURE TO COMPLY WITH THE CONDITIONS OF HIS CONDITIONAL RELEASE

In violation of Title __18__ United States Codes, Section(s) __4248(f)__

RECEIVED AUG 01 2019 U.S. Marshals Service, EDNC

| PETER A. MOORE, JR. | Clerk of Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | August 1, 2019 - Raleigh, NC |
| Signature of Issuing Officer / Deputy Clerk | Date and Location |

**RECOMMENDED: DETENTION**

## RETURN

This warrant was received and executed with the arrest of the above named defendant at:

| 08/01/2019 | Eric Toms, DUSM E/LA |
|---|---|
| Date Received | Name and Title of Arresting Officer (signature) |
| 08/01/2019 | |
| Date of Arrest | by S. Tanner, USMS E/NC |

**FILED**

Case 5:07-hc-02125-D   Document 153 (Ex Parte)   Filed 08/01/19   Page 1 of 1

AUG 0 8 2019
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
              DEP CLK

Case 5:07-hc-02125-D   Document 156   Filed 08/08/19   Page 1 of 1